LAFERRIERE *vs.* BYNUM ET AL.

WESTERN DIST.
Oct. 1838.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, FOR THE
PARISH OF RAPIDES, THE JUDGE OF THE SEVENTH PRESIDING.

LAFERRIERE
vs.
BYNUM ET AL.

Where the petition alleged " that at the proper time, due and legal demand
was made of payment of the note, at the proper place, and payment
refused,"—the note being annexed as part of the petition, it was deemed
a sufficient allegation of a demand to let in proof of it.

. This is an action against the makers and endorsers of a
promissory note, payable at the Bank of Louisiana, in New-
Orleans.

The plaintiff alleged, that payment was legally demanded,
at the proper place and refused, of which demand and refusal
due and legal notice was given to each of the endorsers, etc.
The note and protest were annexed, and made a part of the
petition.

Two of the defendants excepted to the plaintiff's petition,
on the ground that there was no legal demand, and no alle-
gation of demand was made in the petition.

The exception was overruled, and from judgment rendered
therein the defendants appealed.

*Winn,* for the plaintiff.

*Dunbar,* contra.

*Carleton, J.,* delivered the opinion of the court.

This action is brought by the endorser of a promissory note,
made payable on its face at the Bank of Louisiana, in New-
Orleans. The note is annexed, as making a part of the
petition, in which the plaintiff avers, " that at the proper
time, due and legal demand was made of the payment of
. said note, at the proper place, and payment refused."

Two of the defendants, Thomas J. Wells and James D.
Spurlock, after pleading the general issue, allege, that no
demand of payment has been made at the Bank of Louisi-
ana, in the city of New-Orleans, where the note sued on
was made payable, and that no allegation of said demand
is made in plaintiff's petition.

Where the pe-
tition alleged
that at the pro-
per time, due and
legal demand
was made of pay-
ment of the note
at the proper
place, and pay-
ment refused,
the note being
annexed as part
of the petition,
it was deemed a
sufficient allega-
tion of a demand
to let in proof of
it.

There was judgment against all the defendants, two of whom, Wells and Spurlock, appealed.

At the trial of the cause, the plaintiff offered evidence to prove that demand was made of the payment of the note, at the place indicated on its face. The counsel for the appellants objected to the introduction of this testimony, on the ground set out in their answer. But the court overruled their objection, and we think correctly, for the averments in the petition, taken in connexion with the note, which is made a part of it, are a sufficient allegation of a demand at the place agreed on by the parties, to let in proof of that fact.

It is, therefore, ordered, adjudged, and decreed, that the judgment of the District Court be affirmed, with costs.